[No. 48893-1-II.   Division Two.   May 2, 2017.]

HEARTLAND EMPLOYMENT SERVICES, LLC, *Appellant*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 13-2-02122-3, Gary R. Tabor, J., entered April 8, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 49678-0-II.   Division Two.   May 2, 2017.]

*In the Matter of the Personal Restraint of* BRIAN DAVID THOMPSON, *Petitioner*.

Petition for relief from personal restraint. *Remanded with instructions* by unpublished opinion per Sutton, J., concurred in by Worswick and Johanson, JJ.

[No. 33024-9-III.   Division Three.   May 2, 2017.]

JOSEPH D. HARWOOD, *as Trustee*, ET AL., *Respondents*, v. FIRST AMERICAN TITLE INSURANCE COMPANY, *Respondent*, BEL FRANKLIN APARTMENTS LLC, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-2-03192-5, Annette S. Plese, J., entered December 15, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 33217-9-III.   Division Three.   May 2, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOHN WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 13-1-00105-8, Allen Nielson, J., entered February 19, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Korsmo, J.